# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA ROSARIO MUNOZ,<br><br>　　Plaintiff<br><br>v.<br><br>LOWE'S HOME CENTERS LLC,<br><br>　　Defendant | Case No.: 2:22-cv-01168-APG-EJY<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Lowe's Home Centers, LLC's response to the order to show cause (ECF No. 5),

I ORDER that the order to show cause (ECF No. 4) is satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 8th day of August, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE